UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SETH PATRICK GABRIEL HULETT,     )
    Plaintiff,     )
vs.     )     No.  3:17-CV-179-B-BH
     )
NATIONAL GOVERNMENT,     )
    Defendant.     )     Referred to U.S. Magistrate Judge

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  By separate judgment, the plaintiff's claims will be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B).

SIGNED this 8th day of March, 2017.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

**SO ORDERED** this 11th day of March, 2017.