UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SETH PATRICK GABRIEL HULETT,<br>Plaintiff, | )<br>) | |
| vs. | ) | No.  3:17-CV-179-B-BH |
| | ) | |
| NATIONAL GOVERNMENT,<br>Defendant. | )<br>) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  The plaintiff's *Motion for Injunction*, received January 27, 2017 (doc. 7), is **DENIED**.

SIGNED this __8th__ day of __March__, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

**SO ORDERED** this 11th day of March, 2017.