UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SETH PATRICK GABRIEL HULETT,<br>    Plaintiff, | )<br>) |
| vs. | ) No. 3:17-CV-179-B |
| | ) |
| NATIONAL GOVERNMENT,<br>    Defendant. | )<br>)<br>) |

## ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )   The request for leave to proceed *in forma pauperis* on appeal is GRANTED.

(X)   The application for leave to proceed *in forma pauperis* on appeal is DENIED because the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3) that the appeal is not taken in good faith the Findings, Conclusions, and Recommendation filed in this case on January 24, 2017 (doc. 6). Based on those findings, this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

(X)   Although this court has certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the plaintiff may challenge this finding pursuant to *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.

DATE: JUNE 2, 2017

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE